# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| MERISOL VILLAGES, LLC, | § | CHAPTER 11 CASE |
| | § | |
| DEBTOR. | § | CASE NO. 22-20135-DRJ |
| | § | |
| MERISOL VILLAGES, LLC & | § | |
| CHARLES L. CASTOR, JR., | § | |
|     *Plaintiffs*, | § | |
| | § | |
| v. | § | ADVERSARY NO. 22-02010 |
| | § | |
| SICO, HOELSCHER, HARRIS | § | |
| BRAUGH LLP N/K/A SICO, | § | |
| HOELSCHER & HARRIS, LLP, | § | |
| BRANTLEY WHITE, ROGER S. | § | |
| BRAUGH, JR., DAVIS, | § | |
| HUTCHINSON & WILKERSON, | § | |
| LLP & CAREY P. LOCKE, | § | |
|     *Defendants*. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court has considered the Plaintiffs' Motion to Dismiss with Prejudice. All claims having been fully concluded by settlement and it is **ORDERED** that this adversary proceeding is **DISMISSED WITH PREJUDICE.**

This is a final order disposing of all claims of all parties.

Signed this _____ day of _____, 2023 in Corpus Christi, Texas.

_____
**Hon. David R. Jones**
**Chief United States Bankruptcy Judge**